IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JOE THORNE, a/k/a Joseph Thorne                           PLAINTIFF

v.                      No. 4:11-cv-863-DPM

WELLS FARGO & COMPANY and
WELLS FARGO BANK N.A.                                    DEFENDANTS

JUDGMENT

Thorne's complaint is dismissed with prejudice.

*signature*
D.P. Marshall Jr.
United States District Judge

3 July 2012